Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–26332–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daren J Perez
38 Dallenbach Lane
East Brunswick, NJ 08816
Social Security No.:
xxx–xx–8277
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/24/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 24, 2018
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-26332-MBK
Daren J Perez                                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Oct 24, 2018
                             Form ID: 148          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             #+Daren J Perez,    38 Dallenbach Lane,    East Brunswick, NJ 08816-5684
517702180       Select Portfolio,    C/O KML Group, PC,    216 Haddon Avenue, Suite 46,    Westmont, NJ 08108
517702181      +Summerhill Meadows Condo. Association,In,    C/I Hill Wallack, LLP,    21 Roszel Road,
                 Princeton, NJ 08540-6205
517763452      +Summerhill Meadows Condominium Association, Inc.,    c/o Hill Wallack LLP,
                 21 Roszel Road, P.O. Box 5226,    Princeton, NJ 08543-5226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:26:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                   TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for the
           Impac CMB Trust Series 2005-3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Summerhill Meadows Condominium Association, Inc.
           eholdren@hillwallack.com,   jhanley@hillwallack.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Indenture Trustee for
           the Impac CMB Trust Series 2005-3 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Daren J Perez rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 6